## COOPER V. THE STATE.
### (Decided January 22, 1914.)
APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

WINN & WINN, for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## CUMMINGS V. THE STATE.
### (Decided December 18, 1913.)
APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

WERT & LYNNE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## CURRY V. THE STATE.
### (Decided November 29, 1913.)
APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

## DANFORD V. THE STATE.
### (Decided January 20, 1914.)
APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

CHARLES S. LEYDEN, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error. Affirmed.